# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
————————————————————————X
MERRIMACK MUTUAL FIRE INSURANCE
COMPANY a/s/o WILDFLOWER ESTATE           Index No.:
CONDOMINIUM II,
                                          Plaintiff Designates
                        Plaintiff,        Queens County as
                                          Place of Trial
        -against-
                                          **SUMMONS WITH NOTICE**
THE TRAVELERS COMPANIES INC., a/k/a,      The basis of Venue is plaintiff's
THE TRAVELERS INDEMNITY COMPANY           subrogor's residence.

                        Defendants.
————————————————————————X

**TO THE ABOVE NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** to appear in this action by serving a notice of appearance on plaintiff's attorney within twenty days after the service of this summons, exclusive of the day of service, or within thirty days after service is complete if this summons is not personally delivered to you within the State of New York.

**TAKE NOTICE THAT** this is a subrogation action, stemming from the subrogor's damages that occurred due to the negligence and the intentional spoliation of evidence by defendant THE TRAVELERS COMPANIES INC., a/k/a, THE TRAVELERS INDEMNITY COMPANY, which resulted following a fire loss event on or about February 15, 2017 and an evidence inspection on April 19, 2017 (See Exhibit "A"); and that in case of your failure to appear, judgment will be taken against you by default for a reasonable sum that exceeds the jurisdictional limits of the lower Courts, and upon information and belief is at least $290,417.84, inclusive of our insured's $5,000 deductible, (See Exhibit "B") as well as the costs and disbursements of this action, and such other and further relief as this Court deems just and proper.

The basis of the venue designated is the plaintiff's subrogor's residence located at: 42-25 21st Street, Queens, NY 11101.

Dated: New York, New York
       August 29, 2018
                                          Yours, etc.

                                          _____
                                          FAUST GOETZ SCHENKER & BLEE
                                          By: Jeffrey Rubinstein
                                          Attorneys for Plaintiff
                                          Two Rector Street, 20th Floor
                                          New York, New York 10006

(212) 363-6900
Our File No.: 14692-MMS

TO:

<u>Via Secretary of State</u>
THE TRAVELERS COMPANIES INC., a/k/a,
THE TRAVELERS INDEMNITY COMPANY
One Tower Square
Hartford, CT 06183

2

*Exhibit "A"*

# TRAVELERS ENGINEERING LABORATORY

## CLAIMS/SPECIAL PROJECTS - EXAMINATION ATTENDANCE

LAB JOB NUMBER: C17030477  CLAIM NUMBER: HSS1319

INSURED: Kamol  LOCATION: Whitestone, NY

DATE: 04/19/17  START TIME: _____  END TIME: _____

## PLEASE PRINT AND LEAVE BUSINESS CARD

| NAME | FIRM | REPRESENTING |
|---|---|---|
| John E Sleights | Travelers Lab | Travelers Lab |
| Tom Ludwig | Traveler | Travelers |
| Alexandra Skryd | Faust Goetz | |
| Gene Pietrak | T.J. Russo | Wild Flower |
| Nathan Siahpush | ESI | Sentry |
| Esker McConnell II | Modine | Modine |
| Bryan Bixley | Modine | Modine |
| Jon Sirik | Rimkus | Hum Secur |
| Andrew Pietropaolo | LGI | Wild Flower |
| Kaitlin Rdronczy | Travelers | Travelers |

PAGE 1 OF ___    P:\Claims\Forms\Exam Attendance Sheet.doc

## T.J. Russo Consultants
Fire Investigation and Analysis Services

**Gene Pietzak, IAAI-CFI – IAAI ECT**
Fire Investigator

499 Jericho Tpke., Ste. 203, Mineola, NY 11501
Cell: 516 330-0372 | Office: 516 513-1388
Corporate Office: 516 294-8644 | Fax: 516 747-1009
Email: gpietzak@tjrusso.com | www.tjrusso.com

---

## FAUST GOETZ SCHENKER & BLEE LLP
ATTORNEYS AT LAW

**ALEXANDRA M. SANTO**

TWO RECTOR STREET
NEW YORK, NY 10006
TEL: 212-363-6900
FAX: 212-363-1090

570 WEST MT. PLEASANT AVENUE
LIVINGSTON, NJ 07039
TEL: 973-422-9600
FAX: 973-422-9666

email: ASanto@fgsb.com
www.fgsb.com

---



**MODINE**
Modine Manufacturing Company
Commercial Products Group

Bryan Bixby
Senior Service Technician

1500 DeKoven Avenue
Racine, Wisconsin 53403-2552

Tel. 952.277.9261
Fax 262.636.1665
b.e.bixby@na.modine.com

---

## ESI ENGINEERING SPECIALISTS INCORPORATED

**NATHAN R. SIAHPUSH, PE, CFEI**
FORENSIC CONSULTANT

PE#: E-16382 (NE)
CFEI#: 17237-9498

(310) 907-6270
nsiahpush@esinationwide.com

---

**Jonathan Sivils, IAAI-CFI, FIT, CFEI**
FIRE INVESTIGATOR

3620 HORIZON DRIVE
SUITE 200
KING OF PRUSSIA, PA 19406

## RIMKUS
CONSULTING GROUP, INC.

PH  (610) 941-5599
FAX (610) 941-1288
CELL (215) 970-3114
E-MAIL: jsivils@rimkus.com
WWW.RIMKUS.COM

---



**MODINE**
Modine Manufacturing Company
Commercial Products Group

Esker F. McConnell II
Service Tech II

1500 DeKoven Avenue
Racine, Wisconsin 53403-2552

Tel. 267.981.5698
e.f.mcconnell@na.modine.com

---

## TRAVELERS

Kaitlin Rohonczy
Fire Investigator
Investigative Services

The Travelers Companies, Inc.
3 Huntington Quadrangle
302S-A
Melville, NY 11747
914.200.8879 CELL

Krohoncz@travelers.com
travelers.com

---

## LGI FORENSIC ENGINEERING, P.C.
Engineers, Architects, Consultants, and Investigators

**Andrew Pietropaolo, E.E., CFEI**
*Senior Electrical Consultant*

7 Reservoir Road • North White Plains, NY 10603
C: (203) 770-9675 • T: (914)670-0208 • F: (914)670-0210
andrew@lgiforensic.com • www.lgiforensic.com

# Exhibit "B"

AGENT: MACKOUL RISK SOLUTIONS LLC
      25 NASSAU LANE
      ISLAND PARK NY 11558

MEMO:

TYPE: SIGNLOS

MAIL TO: AFFILIATED ADJUSTMENT GROUP
3000 MARCUS AVE STE 3W3
LAKE SUCCESS NY 11042-1009

**NOTE: PLEASE REMOVE THIS STUB BEFORE CASHING OR DEPOSITING.**

**NON-NEGOTIABLE**

THE ATTACHED DRAFT IS IN PAYMENT OF THE LOSS-EXPENSE SHOWN BELOW

52-153 / 112     5259614

DATE ISSUED: 12/14/17

**MERRIMACK MUTUAL FIRE INSURANCE COMPANY**
ANDOVER, MASSACHUSETTS

PAY *Forty nine thousand nine hundred thirty seven and 35/100 Dollars*

TO THE ORDER OF:
WILDFLOWER ESTATES CONDO II

| POLICY NUMBER | MOD | LOSS DATE | AMOUNT |
|---|---|---|---|
| SBP 2149827 | 15 | 02/15/17 | $49,937.35 |

FOR: BUILDING SUPPLEMENTAL

AUTHORIZED SIGNATURE
Through Bank of America

INSURED/CLAIMANT WILDFLOWER ESTATES CON     CLMT   L

AGENT: MACKOUL & ASSOC INC
25 NASSAU LANE
ISLAND PARK NY 11558

MEMO:

TYPE: LOSS

MAIL TO: AFFILIATED ADJUSTMENT GROUP LTD
3000 MARCUS AVE STE 3W3
LAKE SUCCESS NY 11042-1009

NOTE: PLEASE REMOVE THIS STUB BEFORE CASHING OR DEPOSITING.

NON-NEGOTIABLE

THE ATTACHED DRAFT IS IN PAYMENT OF THE LOSS-EXPENSE SHOWN BELOW

52-153/112

5239868

DATE ISSUED: 07/24/17

MERRIMACK MUTUAL FIRE INSURANCE COMPANY
ANDOVER, MASSACHUSETTS

PAY  Seven hundred fifty one and 95/100 Dollars

TO THE ORDER OF:
AFFILIATED ADJUSTMENT GROUP LTD

| POLICY NUMBER | MOD | LOSS DATE | AMOUNT |
|---|---|---|---|
| SBP 2149827 | 15 | 02/15/17 | $751.95 |

AUTHORIZED SIGNATURE
Through Bank of America

FOR: BLDG

INSURED/CLAIMANT  WILDFLOWER ESTATES CON          CLMT  L

AGENT: MACKOUL & ASSOC INC
25 NASSAU LANE
ISLAND PARK NY 11558

MEMO:

TYPE: LOSS

MAIL TO
WILDFLOWER ESTATES CONDO II
C/O METRO MGMT DEVELOPMENT INC
42-25 21ST ST
LONG ISLAND CITY NY 11101-4906

NOTE: PLEASE REMOVE THIS STUB
BEFORE CASHING OR DEPOSITING.

NON-NEGOTIABLE

THE ATTACHED DRAFT IS IN PAYMENT OF THE LOSS-EXPENSE SHOWN BELOW

52-153 / 112

5239869

DATE ISSUED
07/24/17

MERRIMACK MUTUAL FIRE INSURANCE COMPANY
ANDOVER, MASSACHUSETTS

PAY  Nine thousand nine hundred ninety and 13/100 Dollars

TO THE ORDER OF:

WILDFLOWER ESTATES CONDO II

| POLICY NUMBER | MOD | LOSS DATE | AMOUNT |
|---|---|---|---|
| SBP 2149827 | 15 | 02/15/17 | $9,990.13 |

AUTHORIZED SIGNATURE
Through Bank of America

FOR: BLDG

INSURED/CLAIMANT  WILDFLOWER ESTATES CON        CLMT   L

AGENT: MACKOUL & ASSOC INC
25 NASSAU LANE
ISLAND PARK NY 11558

MEMO:

TYPE: LOSS

MAIL TO
CIPCO BOARDING CO INC
PO BOX 824

LYNBROOK NY 11563-0824

NOTE: PLEASE REMOVE THIS STUB
BEFORE CASHING OR DEPOSITING.

NON-NEGOTIABLE

THE ATTACHED DRAFT IS IN PAYMENT OF THE LOSS-EXPENSE SHOWN BELOW

52-153 / 112

5234316

DATE ISSUED
06/08/17

MERRIMACK MUTUAL FIRE INSURANCE COMPANY
ANDOVER, MASSACHUSETTS

PAY  Three thousand four hundred seven and 79/100 Dollars

TO THE ORDER OF:

CIPCO BOARDING CO INC

| POLICY NUMBER | MOD | LOSS DATE | AMOUNT |
|---|---|---|---|
| SBP 2149827 | 15 | 02/15/17 | $3,407.79 |

AUTHORIZED SIGNATURE
Through Bank of America

FOR: BLDG

INSURED/CLAIMANT  WILDFLOWER ESTATES CON         CLMT   L

AGENT: MACKOUL & ASSOC INC
25 NASSAU LANE
ISLAND PARK NY 11558

MEMO:

TYPE: SIGNLOS

MAIL TO
AFFILIATED ADJUSTMENT GROUP LTD
3000 MARCUS AVE STE 3W3
LAKE SUCCESS NY 11042-1009

NOTE: PLEASE REMOVE THIS STUB BEFORE CASHING OR DEPOSITING.

NON-NEGOTIABLE

THE ATTACHED DRAFT IS IN PAYMENT OF THE LOSS-EXPENSE SHOWN BELOW

52-153 / 112

5234318

DATE ISSUED
06/08/17

**MERRIMACK MUTUAL FIRE INSURANCE COMPANY**
ANDOVER, MASSACHUSETTS

PAY *Twelve thousand two hundred thirty one and 69/100 Dollars*

TO THE ORDER OF:
AFFILIATED ADJUSTMENT GROUP LTD

| POLICY NUMBER | MOD | LOSS DATE | AMOUNT |
|---|---|---|---|
| SBP 2149827 | 15 | 02/15/17 | $12,231.69 |

FOR: BLDG

INSURED/CLAIMANT WILDFLOWER ESTATES CON     CLMT   L

AUTHORIZED SIGNATURE
Through Bank of America

AGENT: MACKOUL & ASSOC INC
25 NASSAU LANE
ISLAND PARK NY 11558

MEMO:

TYPE: SIGNLOS

MAIL TO:
WILDFLOWER ESTATES CONDO II
C/O METRO MGMT DEVELOPMENT INC
42-25 21ST ST
LONG ISLAND CITY NY 11101-4906

NOTE: PLEASE REMOVE THIS STUB
BEFORE CASHING OR DEPOSITING.

NON-NEGOTIABLE

THE ATTACHED DRAFT IS IN PAYMENT OF THE LOSS-EXPENSE SHOWN BELOW

52-153 / 112

5234317

DATE ISSUED: 06/08/17

**MERRIMACK MUTUAL FIRE INSURANCE COMPANY**
ANDOVER, MASSACHUSETTS

PAY  One hundred fifty nine thousand ninety eight and 93/100 Dollars

TO THE ORDER OF:
WILDFLOWER ESTATES CONDO II

| POLICY NUMBER | MOD | LOSS DATE | AMOUNT |
|---|---|---|---|
| SBP 2149827 | 15 | 02/15/17 | $159,098.93 |

FOR: BLDG

INSURED/CLAIMANT  WILDFLOWER ESTATES CON       CLMT  L

AUTHORIZED SIGNATURE
Through Bank of America

AGENT: MACKOUL & ASSOC INC
25 NASSAU LANE
ISLAND PARK NY 11558

MEMO:

TYPE: LOSS

MAIL TO
AFFILIATED ADJUSTMENT GROUP LTD
3000 MARCUS AVE STE 3W3
LAKE SUCCESS NY 11042-1009

**NOTE: PLEASE REMOVE THIS STUB BEFORE CASHING OR DEPOSITING.**

**NON-NEGOTIABLE**

THE ATTACHED DRAFT IS IN PAYMENT OF THE LOSS-EXPENSE SHOWN BELOW

52-153 / 112

5226165

DATE ISSUED
04/10/17

**MERRIMACK MUTUAL FIRE INSURANCE COMPANY**
ANDOVER, MASSACHUSETTS

PAY *Three thousand five hundred and 00/100 Dollars*

TO THE ORDER OF:

AFFILIATED ADJUSTMENT GROUP LTD

| POLICY NUMBER | MOD | LOSS DATE | AMOUNT |
|---|---|---|---|
| SBP 2149827 | 15 | 02/15/17 | $3,500.00 |

AUTHORIZED SIGNATURE
Through Bank of America

FOR: BLDG

INSURED/CLAIMANT  WILDFLOWER ESTATES CON          CLMT    L

AGENT: MACKOUL & ASSOC INC
25 NASSAU LANE
ISLAND PARK NY 11558

MEMO:

TYPE: SIGNLOS

MAIL TO:
WILDFLOWER ESTATES CONDO II
C/O METRO MGMT DEVELOPMENT INC
42-25 21ST ST
LONG ISLAND CITY NY 11101-4906

NOTE: PLEASE REMOVE THIS STUB BEFORE CASHING OR DEPOSITING.

NON-NEGOTIABLE

THE ATTACHED DRAFT IS IN PAYMENT OF THE LOSS-EXPENSE SHOWN BELOW

52-153 / 112

5226088

DATE ISSUED: 04/10/17

**MERRIMACK MUTUAL FIRE INSURANCE COMPANY**
ANDOVER, MASSACHUSETTS

PAY Forty six thousand five hundred and 00/100 Dollars

TO THE ORDER OF:
WILDFLOWER ESTATES CONDO II

| POLICY NUMBER | MOD | LOSS DATE | AMOUNT |
|---|---|---|---|
| SBP 2149827 | 15 | 02/15/17 | $46,500.00 |

FOR: BLDG

INSURED/CLAIMANT WILDFLOWER ESTATES CON     CLMT  L

AUTHORIZED SIGNATURE
Through Bank of America